387 A.2d 110

Commonwealth v. Saunders, Appellant.

606

 Argued December 7, 1977. David C. Harrison, for appellant; Legrome Derek Davis, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.